# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Geraldine A. Hall *aka* Geraldine A. Scott,<br>        Debtor, | Chapter 7 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24,<br>        Movant,<br>vs.<br><br>Geraldine A. Hall *aka* Geraldine A. Scott,<br>        Debtors / Respondents,<br>and<br>Michael H. Kaliner,<br>        Trustee / Respondent. | Case No.: 19-10127-elf<br><br>Hearing Date: February 20, 2019<br>Time:  10:00 a.m. |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __21st__ day of __February__, 20__19__, it is hereby

**ORDERED** that THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its *in rem* rights as determined by state and/or other applicable law with regard to the real property known as and located at 307 Fox Trail, Parkesburg, PA 19365;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**